### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Claude Brown, Sr.<br><br>Debtor. | No. 12 B 50023<br>Ch. 13  / Voluntary Petition<br>Honorable Judge Timothy A. Barnes<br><br>**Hearing**:  Thursday, May 31, 2018 at 9:00 a.m. |

### NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE

To:    See the Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 31, 2018 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes or any judge then sitting in his stead, in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Motion to Dismiss Bankruptcy Case**, a copy of which is attached hereto and served upon you. You may appear and be heard if you so choose.

Respectfully submitted,

URBAN PARTNERSHIP BANK,

By:    /s/     Jillian S. Cole
One of its Attorneys

### CERTIFICATE OF SERVICE

I, Jillian S. Cole, an attorney, hereby certify that I caused a true and correct copy of this Notice of Motion and Motion to Dismiss Bankruptcy Case to be served on the attached service list as indicated from my offices located at 111 E. Wacker, Suite 2800, Chicago, Illinois 60601, on this 22nd day of May, 2018

/s/     Jillian S. Cole

## SERVICE LIST

Claude E. Brown Sr.
810 S. 10th Avenue
Maywood, IL 60153-1923

Patrick S. Layng
Office of the U.S. Trustee, Region 11
210 S. Dearborn St., Rm. 873
Chicago, Illinois 60604


Trustee Marilyn O. Marshall
224 S. Michigan Avenue
Suite 800
Chicago, Illinois 60604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In the Matter of:<br><br>Claude Brown, Sr.<br><br>Debtor. | No. 12 B 50023<br>Ch. 13  / Voluntary Petition<br>Honorable Judge Timothy A. Barnes<br><br>**Hearing**:  Thursday, May 31, 2018 at 9:00 a.m. |

## MOTION TO DISMISS BANKRUPTCY CASE

Creditor, Urban Partnership Bank ("UPB"), as successor in interest to the FDIC, as Receiver for ShoreBank, by and through its attorneys, Taft Stettinius & Hollister, LLP, moves this Honorable Court for dismissal of Debtor's, Claude Brown, Sr. (the "Debtor") Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. § 1307(c)(6) or, in the alternative, for relief from the automatic stay pursuant to 11 U.S.C. § 362 with respect to certain real property of Debtor, for Debtor's failure to make plan payments, and in support thereof, states as follows:

1. On December 21, 2012 (the "Petition Date"), the Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code (the "Code").

2. The Debtor was at the time of the transaction described below, and is still today, the record owner of the real property commonly known as 1606 Madison, Maywood, Illinois (the "Property").

3. On July 8, 2013, Debtor's Chapter 13 plan (the "Plan") was confirmed.

4. Pursuant to the Plan, Debtor was to make direct monthly payments to the Trustee in the amount of $1,760.00 (the "Trustee Payments"), as well as monthly direct payments of $1,768.42 to UPB (the "UPB Payments").

5. Accordingly, as of the date of filing the instant Motion, Debtor is indebted to UPB, pursuant to Plan, in the amount of $22,714.92, which constitutes approximately 14 missed UPB Payments from April 1, 2017 through May 1, 2018.

6. Accordingly, UPB asks that this Honorable Court enter an order dismissing Debtor's Chapter 13 case pursuant to 11 U.S.C. § 1307(c)(6) or, in the alternative, granting it immediate relief from the automatic stay pursuant to 11 U.S.C. § 362 to foreclose its mortgage on the Property, because there has been a material default by the Debtor with respect to a term of the Plan.

7. UPB also asks that the Debtor be required to reimburse the Debtor for the fees and costs incurred in bringing the instant Motion.

WHEREFORE, Urban Partnership Bank, N.A. as successor in interest to the FDIC, as Receiver for ShoreBank, respectfully requests this Honorable Court enter an Order pursuant to 11 U.S.C. § 1307(c)(6) dismissing Debtor's Chapter 13 case or, in the alternative, enter an Order pursuant to 11 U.S.C. § 362(d) modifying the automatic stay, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the Notes and Mortgage, and for such other and further relief as this Court may deem necessary and just.

Respectfully submitted,

URBAN PARTNERSHIP BANK

/s/    Jillian S. Cole

William J. Serritella (ARDC #6210001)
Jillian S. Cole (ARDC #6279025)
Taft Stettinius & Hollister, LLP
111 E. Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

22499809.1

2